August 31, 2006

Mr. Randy Frazier
Metropolitan Transit Authority
P.O. Box 61429
Houston, TX 77208-1429
Mr. David Wayne Hodges
Kennedy Hodges, LLC
3701 Kirby Drive, Suite 400
Houston, TX 77098

RE: Case Number: 04-0757
 Court of Appeals Number: 01-04-00022-CV
 Trial Court Number: 2003-11948

Style: METROPOLITAN TRANSIT AUTHORITY
 v.
 M.E.B. ENGINEERING, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |